JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LEE BROOKINS, | NO. CV 21-1033-PA(E) |
| Petitioner, | |
| v. | JUDGMENT |
| SECRETARY OF CDCR, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: May 13, 2021.

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE